UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD V. RAY, JR., (CDCR # F-73521), | No. C 09-246 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOHN W. HAVILAND, warden, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a new action after he exhausts state court remedies for each of his claims.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 29, 2009

SUSAN ILLSTON
United States District Judge